NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT PATTERSON,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D17-4286
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____      )

Opinion filed June 27, 2018.

Appeal from the Circuit Court for Polk
County; Mark Carpanini, Judge.

Howard L. Dimmig, II, Public Defender and
Rachel Roebuck, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.